

# Fourth Court of Appeals
## San Antonio, Texas

August 19, 2016

No. 04-16-00308-CV

**IN THE INTEREST OF S.A.W., A CHILD**,

From the 216th Judicial District Court, Gillespie County, Texas
Trial Court No. 12167
Honorable N. Keith Williams, Judge Presiding

## O R D E R

On June 22, 2016, appellee filed a motion to compel, requesting this court to order appellant to request the entire reporter's record or designate a list of issues to be appealed in compliance with Texas Rule of Appellate Procedure 34.6(c).  On June 30, 2016, appellant filed a response to appellee's motion, stating he is appealing "the trial court's findings and rational for those findings."  After reviewing the motion and response, we ordered the court reporter to prepare on or before September 5, 2016 a reporter's record of all the trial proceedings. We also ordered appellant to file his brief thirty days after the date the reporter's record from the trial court's proceeding was filed.

On August 15, 2016, the court reporter filed the reporter's record of the trial proceedings. Accordingly, we **ORDER** appellant to file his brief in this court on or before **September 14, 2016**.

We **order** the clerk of this court to serve a copy of this order on all counsel and court reporter.

_____
Marialyn Barnard, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 19th day of August, 2016.

_____
Keith E. Hottle
Clerk of Court